1  Joel Tasca
   Nevada Bar No. 14124
2  Kyle Ewing
   Nevada Bar No. 14051
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106-4617
   Telephone:  (702) 471-7000
5  Facsimile:  (702) 471-7070
   tasca@ballardspahr.com
6  ewingk@ballardspahr.com

7  *Attorneys for Defendant PHH Mortgage*
   *Corporation*

8
               **UNITED STATES DISTRICT COURT**
9                  **DISTRICT OF NEVADA**

10
   GINA M. WOFFORD,                          CASE NO:  2:17-cv-00138
11
                    Plaintiff,               **STIPULATION AND ORDER TO**
12                                           **EXTEND PHH MORTGAGE**
                                             **CORPORATION'S TIME TO**
13  v.                                       **RESPOND TO PLAINTIFF'S**
                                             **COMPLAINT**
14  EQUIFAX INFORMATION SERVICES,
    LLC; PHH MORTGAGE                        **(First Request)**
15  CORPORATION a/k/a MORTGAGE
    SERVICES CENTER – PHH; SILVER
16  STATE SCHOOLS CREDIT UNION;
    AND TRANS UNION LLC,
17
18                  Defendants.
19

20        Plaintiff Gina M. Wofford ("Plaintiff") filed a complaint alleging negligent and

21  willful violations of the Fair Credit Reporting Act against Defendant PHH Mortgage

22  Corporation ("PHH"). (ECF No. 1). PHH's response to Plaintiff's complaint is

23  currently due February 13, 2017. Plaintiff and PHH stipulate and agree that the

24  time for PHH to respond be extended up to and including March 13, 2017 to provide

25  time for PHH to investigate plaintiff's allegations and for the parties to discuss early

26  resolution of the claims asserted against PHH.

27                    *[continued on the following page]*

28

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

This request is made in good faith and not made for purposes of delay.

IT IS SO STIPULATED.

Dated: February 6, 2017.

BALLARD SPAHR LLP                          KNEPPER & CLARK LLC

By: /s/ Kyle A. Ewing                      By: /s/ Miles N. Clark
Joel E. Tasca                              Miles N. Clark, Esq.
Nevada Bar No. 14124                       Nevada Bar No. 13848
Kyle A. Ewing                              Matthew Knepper, Esq.
Nevada Bar No. 14051                       Nevada Bar No. 12076
100 North City Parkway, Suite 1750         10040 W. Cheyenne Ave.
Las Vegas, Nevada 89106                    Suite #170-109
                                           Las Vegas, NV 89129
*Attorneys for Defendant PHH Mortgage
Corporation*                               David Krieger
                                           Nevada Bar No. 9086
                                           HAINES & KRIEGER, LLC
                                           8985 S. Eastern Avenue
                                           Henderson, NV 89123

                                           *Attorneys for Plaintiff*


                                           **ORDER**

                                           IT IS SO ORDERED:

                                           _____
                                           UNITED STATES MAGISTRATE JUDGE

                                           DATED:  2/7/2017

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070