Michael R. Brooks, Esq.
Nevada Bar No. 7287
E-mail: mbrooks@brookshubley.com
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
E-mail: rhernandez@brookshubley.com
BROOKS HUBLEY, LLP
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
Tel: (702) 851-1191 | Fax: (702) 851-1198
*Attorneys for Defendant Silver State Schools Credit Union*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GINA M. WOFFORD, | Case No.: 2:17-cv-00138-RFB-GWF |
| Plaintiff, | Judge: Richard F. Boulware, II |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION a/k/a MORTGAGE SERVICE CENTER – PHH; SILVER STATE SCHOOLS CREDIT UNION; AND TRANS UNION LLC, | |
| Defendants. | |

## STIPULATION AND ORDER TO EXTEND TIME FOR SILVER STATE SCHOOLS CREDIT UNION TO RESPOND TO THE COMPLAINT
## (SECOND REQUEST)

Plaintiff Gina M. Wofford; Defendant Equifax Information Services; Defendant PHH Mortgage Corporation; Defendant Trans Union LLC; and Defendant Silver State Schools Credit Union ("SSSCU") agree to extend SSSCU's deadline to plead or other otherwise respond to Plaintiff's Complaint to March 10, 2017.

/././

/././

1  This is the second request for extension by SSSCU and is designed to permit the parties
2 additional time to investigate the factual allegations in the Complaint and formulate a
3 response thereto. It will not delay prosecution of this lawsuit.

4  DATED February 27, 2017.                         DATED February 27, 2017.

5  **KNEPPER & CLARK**                              **BALLARD SPAHR LLP**

6  By: */s/ Miles N. Clark*                         By: */s/ Kyle A. Ewing*
   Miles N. Clark, Esq.                             Joel E. Tasca, Esq.
7  Nevada Bar. No. 13848                            Nevada Bar No. 14124
   Matthew I. Knepper, Esq.                         Kyle A. Ewing, Esq.
8  Nevada Bar No. 12796                             Nevada Bar No. 14051
   10040 W. Cheyenne Ave., Ste. 107-109             100 N. City Parkway, Ste. 1750
9  Las Vegas, NV 89129                              Las Vegas, NV 89106

10 **HAINES & KRIEGER, LLC**                        *Attorneys for Defendant PHH*
   David H. Krieger, Esq.                           *Mortgage Corporation*
11 Nevada Bar No. 9086
   8985 S. Eastern Ave., Ste. 350
12 Henderson, NV 89123

13 *Attorneys for Plaintiff*

14 DATED February 27, 2017.                         DATED February 27, 2017.

15 **SNELL & WILMER LLP**                           **LEWIS BRISBOIS BISGAARD
                                                    & SMITH LLP**
16
   By: */s/ Bradley T. Austin*                      By: */s/ Jason Revzin*
17 Bradley T. Austin, Esq.                          Jason Revzin, Esq.
   Nevada Bar No. 13064                             Nevada Bar No. 8629
18 3883 Howard Hughes Pkwy., Ste. 1100              6385 S. Rainbow Blvd., Suite 600
   Las Vegas, NV 89169                              Las Vegas, NV 89118
19
   *Attorney for Equifax Information*               *Attorney for Trans Union LLC*
20 *Services LLC*

21 /./././

22 /././././

23 /./././

1 | DATED February 27, 2017.

2 | **BROOKS HUBLEY, LLP**

3 | By: */s/ Ramir M. Hernandez*
Ramir M. Hernandez
4 | Nevada Bar No. 13146
1645 Village Center Circle, Ste. 60
5 | Las Vegas, Nevada 89134

6 | *Attorneys for Defendant SSSCU*

7 | **IT IS SO ORDERED, pursuant to the Parties' Stipulation and Order to Extend**

8 | ~~Discovery~~ **Deadlines (Second Request), in Case No. 2:17-cv-00138-RFB-GWF.**

10 | _____/s/ George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

11 | DATED __2/28/2017_____

Page **3** of **4**

1200-0253/230286