1  Matthew I. Knepper, Esq.
   Nevada Bar No. 12796
2  Miles N. Clark, Esq.
3  Nevada Bar No. 13848
   KNEPPER & CLARK LLC
4  10040 W. Cheyenne Ave., Suite 170-109
   Las Vegas, NV 89129
5  Phone: (702) 825-6060
6  FAX: (702) 447-8048
   Email: matthew.knepper@knepperclark.com
7  Email: miles.clark@knepperclark.com

8  David H. Krieger, Esq.
   Nevada Bar No. 9086
9  HAINES & KRIEGER, LLC
10 8985 S. Eastern Ave., Suite 350
   Henderson, NV 89123
11 Phone: (702) 880-5554
   FAX: (702) 385-5518
12 Email: dkrieger@hainesandkrieger.com

13
   *Attorneys for Plaintiff*
14

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GINA M. WOFFORD, | : |
| Plaintiff, | : |
| v. | : Case No. 2:17-cv-00138-RFB-GWF |
| EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION A/K/A MORTGAGE SERVICE CENTER – PHH; SILVER STATE SCHOOLS CREDIT UNION; and TRANS UNION LLC, | : **STIPULATION OF DISMISSAL OF TRANS UNION LLC, PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| Defendants. | : |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Trans Union LLC, from the above captioned action, with prejudice.

- 1 -

Each party will bear its own fees and costs.

Dated: July 5, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br><br> *Counsel for Plaintiff* | /s/ *Jason Revzin* <br> Jason Revzin, Esq. <br> Nevada Bar No. 8629 <br> LEWIS BRISBOIS BISGAARD & SMITH LLP <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> Email: Jason.revzin@lewisbrisbois.com <br><br> *Counsel for Defendant TransUnion LLC* |
| /s/ *Kyle A. Ewing* <br> Kyle A. Ewing, Esq. <br> Nevada Bar No. 14051 <br> BALLARD SPAHR <br> 100 N. City Parkway, Suite 1750 <br> Las Vegas, NV 89106 <br> Email: ewingk@ballardspahr.com <br><br> *Counsel for Defendant PHH Mortgage Corporation also known as Mortgage Service Center* | |

**ORDER**

**IT IS SO ORDERED**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this __7th__ day of __July__ 2017.

- 2 -