Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GINA M. WOFFORD, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION A/K/A MORTGAGE SERVICE CENTER – PHH; SILVER STATE SCHOOLS CREDIT UNION; AND TRANS UNION LLC, <br><br> Defendants. | Case No. 2:17-cv-00138-RFB-GWF <br><br> Judge Richard F. Boulware, II <br><br> **STIPULATION OF DISMISSAL OF PHH MORTGAGE CORPORATION ALSO KNOWN AS MORTGAGE SERVICE CENTER, PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant PHH Mortgage

- 1 -

Corporation also known as Mortgage Service Center, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

Dated: September 20, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br><br> *Counsel for Plaintiff* | /s/ *Kyle A. Ewing* <br> Kyle A. Ewing, Esq. <br> Nevada Bar No. 14051 <br> BALLARD SPAHR <br> 100 N. City Parkway, Suite 1750 <br> Las Vegas, NV 89106 <br> Email: ewingk@ballardspahr.com <br><br> Counsel for Defendant <br> *PHH Mortgage Corporation also known as Mortgage Service Center* |

**ORDER**

**IT IS SO ORDERED**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 25th day of September, 2017.

- 2 -